ACCEPTED
04-14-00717-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 1:39:19 PM
KEITH HOTTLE
CLERK

CASE NO.    04-14-00717-CR

IN THE

COURT OF APPEALS OF THE STATE OF TEXAS

FOR THE FOURTH COURT OF APPEALS at SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 1:39:19 PM
KEITH E. HOTTLE
Clerk

ALFONSO CARLOS TAMEZ
Appellant,

vs.

THE STATE OF TEXAS,
Appellee,

On Appeal from the 111TH Judicial District Court
of Webb County, Texas, Trial Court Case No. 2014CRM000389D2
Honorable Monica Notzon, Judge Presiding

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE'S BRIEF

**NATHAN HENRY CHU**
Texas Bar No. 24038818

THE LAW OFFICES OF NATHAN H. CHU
5517 McPherson Ste. 14
Laredo, Texas 78041
(956) 728-7474 Tel.
(888) 360-8591 Fax.

TRIAL AND APPELLATE ATTORNEY FOR
ALFONSO CARLOS TAMEZ

SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now ALFONSO CARLOS TAMEZ, appellant, and files this unopposed motion for an extension of thirty (30) days in which to file the appellate brief. In support of this unopposed motion, appellant shows the court the following:

I.

The appellant was convicted in the 111TH Judicial District Court of Webb County, Texas, with the of count of Aggravated Assault in Cause No. 2014-CRM-000389-D2, styled State of Texas v. ALFONSO CARLOS TAMEZ  Appellant was sentenced to 14 years 6 months to serve in the Penitentiary.  The Reporter's Record was filed on October 22, 2014.

II.

The deadline for filing the appellate brief is January 7, 2015.  This appellant has requested one extension prior to this request. Appellant's Attorney is requesting a second extension due to the length of the transcript and the continuance interruption of the holiday season. Appellant's attorney has also been traveling in and out of town due to his wife's medical condition due to her high risk pregnancy.

Additionally, Counsel requires additional time to prepare the brief due to the facts in the instant case, and the complexity of the legal issues involved, counsel has not be able to adequately prepare and complete appellate brief.  Thus, counsel finds it necessary to request an extension of thirty (30) days to adequately discharge his responsibilities to appellant.

Respectfully submitted,

LAW OFFICES OF NATHAN H. CHU

5517 McPherson Ste. 14
Laredo, Texas 78041

(956) 728-7474 Tel.
(888) 360-8591   Fax

By: **NATHAN HENRY CHU**
State Bar No. 24038818
ATTORNEY FOR APPELLANT

# AFFIDAVIT OF FACT

**STATE OF TEXAS**                                   §

**COUNTY OF WEBB**                                   §

       **BEFORE ME**, the undersigned authority, on this day personally appeared NATHAN HENRY CHU, who after being duly sworn stated:

       "I, NATHAN HENRY CHU am Appellant's court appointed counsel in the above numbered and entitled appellate cause. I have read the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF and swear that all of the allegations of fact contained therein are within my personal knowledge and the same are true and correct."

                                  NATHAN HENRY CHU
                                    Affiant

       **SUBSCRIBED AND SWORN TO BEFORE ME** on January 5, 2015, to certify which witness my hand and seal of office.

> CYNTHIA V. CASTANEDA
> Notary Public, State of Texas
> My Commission Expires
> November 14, 2017

                                  Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered unopposed motion has been served on the District Attorney of Webb County, Texas, by Via Facsimile at (956) 523-5070 to Assisting District Attorney David L. Reuthinger on January 5, 2015.

_____
Attorney for Appellant